# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2906

_____

WILLIAM FOUNTAIN, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Belated Appeal—Original Proceedings.

May 5, 2026

PER CURIAM.

DISMISSED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William Fountain, Jr., pro se, Petitioner.

No appearance for Respondent.